IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| **CAROL ROBERTS** | |
| **PLAINTIFF** | **Civil Action No. 4:15CV-00041-JHM** |
| v. | CHIEF JUDGE JOSEPH H. MCKINLEY, JR. |
| **JAMES WETHINGTON, ET AL.** | |
| **DEFENDANTS** | |

## ORDER

The undersigned hereby recuses himself from further service in the above-styled action because his impartiality might reasonably be questioned.

Pursuant to General Order No. 2014-13, the instant action is **REASSIGNED** to the docket of Judge David J. Hale for final disposition. All future pleadings shall be filed under the following Civil Action Number 4:15CV-41-DJH.

**IT IS SO ORDERED**.

*[signature]*
Joseph H. McKinley, Jr., Chief Judge
United States District Court

March 25, 2015

Copies to:   Carol Roberts, *pro se*
             Natalie Thompson