UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

OWENSBORO DIVISION

CASE NO. 4:15 CV-00041-JHM



FILED
VANESSA L. ARMSTRONG, CLERK
APR 21 2015
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

FOR: CAROL ROBERTS BY SPECIAL APPEARANCE    PLAINTIFF
BY: Carol Roberts

VS

DEFENDANT'S

James Wethington AKA Jay Wethington ET AL, Christy in Wethington's office, Joseph Castlen ET AL, Daniel Nick Burlew II ET AL, Bruce Kuegel ET AL, Claude Porter ET AL, Angela Thompson ET AL, Terry Van Meter ET AL, Teri Van Meter ET AL, Lisa Smith AT AL, Connie Richards ET AL, Brenda Payne ET AL, Sylvia Munday ET AL, Christina Muffett ET AL, Jennifer Morris ET AL, April Meisenheider ET AL Sara Lisby ET AL, Jo Lee ET AL, Laura Leach ET AL, Jennifer Keller ET AL, Shannon Hocker ET AL, Kimberly Emberton ET AL, Lisa Dempsey ET AL, Janet Coleman ET AL, Shannon Bennett ET AL, Susan Tierney ET AL, Matthew Tierney ET AL, Stevenson Land & Tierney ET AL, Jack Conway ET AL, Lerner Sampson & Rothfus ET AL, and Stepanie Maguire ET AL, Kerri Bruckner ET AL, Amy Jenser ET AL, David Osborne ET AL, JPMORGAN CHASE BANK ET AL, Jamie Dimon ET AL, John Brice ET AL, Mark Starnes ET AL, Sullivan Mountjoy & Stainback ET AL, James Robert Norris ET AL, U.S. BANK ET AL, DEACONESS HOSPITAL ET AL, Gregory S. Berman ET AL, Leslie M. Newman ET AL, Keith Cain ET AL, Scott Wedding ET AL, Kent Taul ET AL, Troy Calvert ET AL, Rebecca Feldpausch ET AL, PNC BANK ET AL, William S. Demchak ET AL, Mark Eric Blackstock ET AL, Aaron Hicks ET AL, OWNER OF AQUASCAPES POOLS & SPAS ET AL, to include Aquascapes Pools & Spas ET AL, JOHN P. BRICE ET AL AND WYATT TARRANT & COMBS LLP ET AL, AND WILSON W. WYATT ET AL, JOHN E. TARRANT ET AL, BERT T. COMBS ET AL, Byron N. Brown IV, Robert J. Brown, Robert J Brown, Allison Grogan Buckley, Connie S. Bueter, J. Mark Burton, David A. Calhoun, Leo F. Camp, Andrew B. Campbell, H. Alexander Campbell, J. Larry Cashen, Carole D. Christian, Frank F. Chuppe, Kenneth F. Clark, Jr., Lara Ashley Coleman, Stewart E. Conner, James L. Coorssen, Jean H. Coppenbarger, Cornelius E. Coryell II, Robert E. Craddock, Jr., Robert L. Crawford, Jason E. Dare, Jennifer J. Daum, Gordon B. Davidson, Lesly A.R. Davis, Debra H. Dawahare, Lisa C. DeJaco, Jack G. Jones, Jr., Barry K. Jones, Walter M. Jones, Benjamin T. Keller, Donald J. Kelly, Henry E. Kinser, Glen M. Krebs, Steven L. Lacey, Jami K. Lazarov, Byron E. Leet, Michael I. Less, Margaret Young Levi, Clifton M. Lipman, Jason A. Lopp, Thomas J. Luber, Matthew M. Lubozynski, M.E. Buck Dougherty III, Bruce K. Dudley, Parker W. Duncan, Thomas R. Dyer, Amanda Warford Edge, Lori Payne Eisele, Carl Eppler, Kacey L. Faughnan, James Wesley Fischer, James Wesley Fischer, Donna H. Fletcher,
Amber Floyd, Elizabeth H. Friedman, Mary L. Fullington, Jonda M. Gaudin, Hal A. Gerber, William L. Gibbons, Jr., William Warren Gibson, Harris A. Gilbert, Sharon L. Gold, C. Tyson Gorman, Karen J. Greenwell, Matthew P. Gunn, Kevin J. Hable, Stephen C. Hallm, G. Alexander Hamilton, Brittany L. Hampton, Lee A. Harkavy, Sussan P. Harshbarger, K. Gregory Haynes, Robert A. Heath, Charlotte L. Hendrick, Charlotte L. Hendrick, Julie Sneed Herlihy, J. Lawson Hester, Michelle Tolle High, Daniel E. Hitchcock, Marshall L. Hix, James T Hodge, Elise C. Hofer, William H. Hollander, Richard M. Hopgood, Edwin S. Hopson, Michael D. Hornback, H. Carl Horneman, Odell Horton, Robert K. Imperial, Franklin K. Jelsma, Kevin L. Johns, Kathie McDonald-McClure, Sherri P. McIntyre, Erin Brisbay McMahon, Douglas L. McSwain, Robert F. Miller, Robert S. Mink, Lynn N. Minton, Cynthia H. Mohon, Walter R. Morris, Jr., Vonda K. Motsinger, Rachel K. Mulloy, Theodore T. Myre, Jr., Harry E. Neblett Jr., S. Kay Nichols, Francis J. Mellen, Jr., Christopher A. Melton, Barbara Webb Menefee, George J. Miller, James A. Nitsche, Richard Northern, Leila G. O'Carra, John S. Osborn, Jr., Chelsea K. Painter, William S. Parks, Deborah H. Patterson, V. Paige Paulett, Robert J. Penta, Elizabeth E. Perkins, James L. Pettis, III, Clifford D. Pierce, Jr., M. Stephen Pitt, Sherry P. Porter, Grover C. Potts, Jr., Stephen R. Price, Sr., Caryn F. Price, Susanne C. Pugh, Andrew J. Pulliam, Edwin S. Pyle, Richard C. Raines, Joseph B. Reafsnyder, Frank H. Reeves, Glen G. Reid, Jordan E. Reifler, John P. Reisz, Boyd L. Rhodes, Jr., W. Craig Robertson III, Martin Rockwell, Justin W. Ross, Arthur A. Rouse, Robert S. Ryan, S. Joseph Sabatini, Jason D. Salomon, Courtney Ross Samford, J. Matt San Roman, B. Anthony Saunders, Theresa K. Schrader, George L. Seay, Jr., David W. Seewer, Ekundayo Seton, Hamid H. Sheikh Jr., Stacey L. Showalter, Herbert D. Sledd, J. Brooken Smith, Virginia Hamilton Snell, Daniel C.Soldato, William S. Solmson, R. Joseph Stennis Jr., R. Benjamin Straus, David L. Swilley, Mary Lauren Teague, Elizabeth J. Tedesco, Laura H. Theilmann, Angela Thompson, Cynthia J. Tobin, Lisa E. Underwood, Kathryn K. Van Namen, Sarah K. Vandegrift, Sara Veeneman, Michael B. Vincenti, Mark Vorder-Bruegge, Jr., John Knox Walkup,ET AL ON ALL

**Plaintiff Appearing by Special Appearance not General
with Plaintiffs' Response to
Deaconess Hospitals Motion to Dismiss for Failure to State a Claim**

The herein listed Plaintiffs' Tort should survive and should be allowed to go forward as Plaintiff did NOT fail to state a Claim to which remedy and justice is sought.

The standard for evaluating the sufficiency of complaints filed in federal district court is given by the US Supreme Court rulings in Twombly v Bell Atlantic and Iqbal v Ashcroft. In 2011 a federal district court for the Northern District of California issued an opinion in a copyright infringement case involving an allegedly unlawful You-Tube publication of the copyrighted song, "Grandma Got Run Over By a Reindeer." Shropshire v Canning, ND Cal CA No 5:10-cv-01941-LHK (Aug 21, 2011) (see the link below).

Leaving out the entertaining details, the Court summarized the standard used in evaluating motions to dismiss, writing:

"A motion to dismiss for failure to state a claim under Rule 12(b)(6) tests the legal sufficiency of a complaint. Navarro v. Block, 250 F.3d 729, 732 (9th Cir. 2001). In considering whether the complaint is sufficient to state a claim, the court must accept as true all of the factual allegations contained in the complaint. Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009). However, the court need not accept as true "allegations that contradict matters properly subject to judicial notice or by exhibit" or "allegations that are merely conclusory, unwarranted deductions of fact, or unreasonable inferences." St. Clare v. Gilead Scis., Inc. (In re Gilead Scis. Sec. Litig.), 536 F.3d 1049, 1055 (9th Cir. 2008). While a complaint need not allege detailed factual allegations, it "must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" Iqbal, 129 S.Ct. at 1949 (quoting Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 570 (2007)). A claim is facially plausible when it "allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." Iqbal, 129 S.Ct. at 1949."

This particular Defendant, Deaconess, had been notified of the bankruptcy, and discharge, yet when JPMorgan Chase ET AL pursued Plaintiff they refused to withdraw, wherein this proving their own guilt of conspiracy, and the rest of the charges therein listed in Plaintiffs' Tort.

This my free will, voluntary act and deed true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver under my hand and seal, explicitly reserving all rights without prejudice:

FOR CAROL ROBERTS
BY Carol Roberts
UCC 1-308

*Carol Roberts*

UCC 1-308
3203 RIDGEWOOD STREET
OWENSBORO, KENTUCKY
270-922-0936

SERVICE MADE ON ALL THE FOLLOWING TO THEIR LAST KNOWN ADDRESSES:

JAY WETHINGTON ET AL
100 EAST SECOND STREET
OWENSBORO, KENTUCKY 42303

JOE CASTLEN ET AL
100 EAST SECOND STREET
OWENSBORO, KENTUCKY 42303

DANIEL NICK BURLEW II ET AL
100 EAST SECOND STREET
OWENSBORO, KENTUCKY 42303

BRUCE KUEGEL ET AL
117 E. THIRD STREET, SECOND FLOOR
OWENSBORO, KENTUCKY 42303

CLAUDE PORTER ET AL
117 E. 3RD STREET
OWENSBORO, KENTUCKY 42302

ANGELA THOMPSON ET AL
100 EAST SECOND STREET SUITE 386
OWENSBORO, KENTUCKY 42303

SUSAN TIERNEY ET AL, Terry Van Meter ET AL, Teri Van Meter ET AL, Lisa Smith AT AL, Connie Richards ET AL, Brenda Payne ET AL, Sylvia Munday ET AL, Christina Muffett ET AL, Jennifer Morris ET AL, April Meisenheider ET AL, Sara Lisby ET AL, Jo Lee ET AL,

Laura Leach ET AL, Jennifer Keller ET AL, Shannon Hocker ET AL, Kimberly Emberton ET AL, Lisa Dempsey ET AL, Janet Coleman ET AL, Shannon Bennett ET AL,
100 EAST SECOND STREET
OWENSBORO, KENTUCKY 42303

MATTHEW TIERNEY ET AL & STEVENSON LAND & TIERNEY ET AL
100 WEST THIRD STREET SUITE 302
OWENSBORO, KENTUCKY 42302

JACK CONWAY ET AL
OFFICE OF THE ATTORNEY GENERAL
700 CAPITOL AVENUE, SUITE 118
FRANKFORT, KENTUCKY 40601

STEPHANIE MAGUIRE ET AL, Kerri Bruckner ET AL, Amy Jensen ET AL AND
LERNER SAMPSON & ROTHFUS ET AL, AND
JPMORGAN CHASE BANK ET AL, JAMIE DIMON ET AL, AND CHASE ET AL
120 EAST FOURTH STREET, 8TH FLOOR
CINCINNATI OHIO 45202

MARK STARNES ET AL AND SULLIVAN, MOUNTJOY & STAINBACK ET AL
100 ST ANN STREET
OWENSBORO KENTUCKY 42302

JAMES ROBERT (BOB) NORRIS ET AL, AKA JAMES NORRIS
AND TRIMBLE LINDSAY & SHEA ET AL
1 MAIN STREET
HENDERSON KENTUCKY 42519

U.S. BANK, NA ET AL SUCCESSOR BY MERGER TO FIRSTAR FINANCE, INC. ET AL
C/O THE CO
425 WALNUT STREET
CINCINNATI, OHIO 45202

DEACONESS HOSPITAL, INC. ET AL
C/O CO
306 WEST MAIN STREET, SUITE 512
FRANKFORT, KENTUCKY 40601

GREGORY S. BERMAN ET AL
500 WEST JEFFERSON STREET
LOUISVILLE, KENTUCKY 40202

LESLIE M. NEWMAN ET AL
127 NORTH MAIN STREET
HENDERSON, KENTUCKY 42419

KEITH CAIN ET AL
AND SCOTT WEDDING ET AL, KENT TAUL ET AL, TROY CALVERT ET AL
AND SHERIFF DEPT COUNTY OF DAVIESS ET AL
C/O 212 ST. ANN STREET
OWENSBORO, KENTUCKY 42301

REBECCA FELDPAUSCH ET AL
2715 W Parrish Ave
Owensboro, KY 42301

WILLIAM S. DEMCHAK ET AL AND PNC BANK ET AL, MARK ERIC BLACKSTOCK, REBECCA FELDPAUSCH
249 FIFTH AVENUE
ONE PNC PLAZA
PITTSBURGH, PENNSYLVANIA 15222

JOHN P. BRICE ET AL AND WYATT TARRANT & COMBS LLP ET AL, AND WILSON W. WYATT ET AL, JOHN E. TARRANT ET AL, BERT T. COMBS ET AL, Byron N. Brown IV, Robert J. Brown, Robert J. Brown, Allison Grogan Buckley, Connie S. Bueter, J. Mark Burton David A. Calhoun, Leo F. Camp, Andrew B. Campbell, H. Alexander Campbell, J. Larry Cashen, Carole D. Christian, Frank F. Chuppe, Kenneth F. Clark, Jr., Lara Ashley Coleman, Stewart E. Conner, James L. Coorssen, Jean H. Coppenbarger, Cornelius E. Coryell II, Robert E. Craddock, Jr., Robert L. Crawford, Jason E. Dare, Jennifer J. Daum, Gordon B. Davidson, Lesly A.R. Davis, Debra H.

Dawahare, Lisa C. DeJaco, Jack G. Jones, Jr., Barry K. Jones, Walter M. Jones, Benjamin T. Keller, Donald J. Kelly, **Henry E. Kinser**, Glen M. Krebs, Steven L. Lacey, Jami K. Lazarov, Byron E. Leet, Michael I. Less, Margaret Young Levi, Clifton M. Lipman, Jason A. Lopp, Thomas J. Luber, Matthew M. Lubozynski,

M.E. Buck Dougherty III   xxxxxxxxxxxxx, Bruce K. Dudley, Parker W. Duncan, Thomas R. Dyer, Amanda Warford Edge, Lori Payne Eisele, Carl Eppler, Kacey L. Faughnan, James Wesley Fischer, James Wesley Fischer, Donna H. Fletcher, Amber Floyd, Elizabeth H. Friedman, Mary L. Fullington, Jonda M. Gaudin, Hal A. Gerber, William L. Gibbons, Jr., William Warren Gibson, Harris A. Gilbert, Sharon L. Gold, C. Tyson Gorman, Karen J. Greenwell, Matthew P. Gunn, Kevin J. Hable, Stephen C. Hallm, G. Alexander Hamilton, Brittany L. Hampton, Lee A. Harkavy, Sussan P. Harshbarger, K. Gregory Haynes, Robert A. Heath, Charlotte L. Hendrick, Charlotte L. Hendrick, Julie Sneed Herlihy, J. Lawson Hester, Michelle Tolle High, Daniel E. Hitchcock, **Marshall L. Hix**, James Hodge, Elise C. Hofer, William H. Hollander, Richard M. Hopgood, Edwin S. Hopson, Michael D. Hornback, H. Carl Horneman, Odell Horton, **Robert K. Imperial**, Franklin K. Jelsma, Kevin L. Johns, Kathie McDonald-McClure, Sherri P. McIntyre, Erin Brisbay McMahon, Douglas L. McSwain, Robert F. Miller, Robert S. Mink, Lynn N. Minton, Cynthia H. Mohon, Walter R. Morris, Jr., Vonda K. Motsinger, Rachel K. Mulloy, Theodore T. Myre, Jr., Harry E. Neblett Jr., S. Kay Nichols, Francis J. Mellen Jr., Christopher A. Melton, Barbara Webb Menefee, George J. Miller, James A. Nitsche, Richard Northern, Leila G. O'Carra, John S. Osborn, Jr., Chelsea K. Painter, William S. Parks, Deborah H. Patterson, V. Paige Paulett, Robert J. Penta, Elizabeth E. Perkins, ames L. Pettis, III, Clifford D. Pierce, Jr., M. Stephen Pitt, Sherry P. Porter, Grover C. Potts, Jr., Stephen R. Price, Sr., Caryn F. Price, Susanne C. Pugh, Andrew J. Pulliam, Edwin S. Pyle, Richard C. Raines, Joseph B. Reafsnyder, Frank H. Reeves, Glen G. Reid, Jordan E. Reifler, John P. Reisz, Boyd L. Rhodes, Jr., W. Craig Robertson III, Martin Rockwell, Justin W. Ross, Arthur A. Rouse, Robert S. Ryan, S. Joseph Sabatini, Jason D. Salomon, Courtney Ross Samford, J. Matt San Roman, B. Anthony Saunders, Theresa K. Schrader, George L. Seay, Jr., David W. Seewer, Ekundayo Seton, Hamid H. Sheikh Jr., Stacey L. Showalter, Herbert D. Sledd, J. Brooken Smith, Virginia Hamilton Snell, **Daniel C. Soldato**, William S. Solmson, R. Joseph Stennis Jr., R. Benjamin Straus, David L. Swilley, Mary Lauren Teague, **Elizabeth J. Tedesco**, Laura H. Theilmann, Angela Thompson, Cynthia J. Tobin, Lisa E. Underwood, Kathryn K. Van Namen, Sarah K. Vandegrift, Sara Veeneman, Michael B. Vincenti, Mark Vorder-Bruegge, Jr., John Knox Walkup,

250 WEST MAIN STREET SUITE 1600
LEXINGTON, KY 40507

David Osborne ET AL
212 ST ANN
OWENSBORO, KENTUCKY 42303

Robert (Bobby) Powell and TTIV (The Truth Is Viral)
P O Box 91
Alpena, Michigan 49707

---

Clerk Venessa L Armstrong
United States District Court
423 Frederica Suite 126
Owensboro, Kentucky 42301-3013

KRS 423.160  Statutory short forms of acknowledgement

1) For an individual acting in his/her own right

State of KENTUCKY

County of DAVIESS

The foregoing instrument was acknowledged before me this 19th day of April, 2015, by Special Appearance not General Appearance.

FOR: CAROL ROBERTS
BY: Carol Roberts
UCC 1-308


UCC 1-308

CC: carol
    others

NOTICE: Public act defined; are those which have a public authority, and which have been made before public officers, are authorized by a public seal, have been made public by the authority of a magistrate, or which have been extracted and been properly authenticated from public records.. Black's Law Dictionary Sixth Edition (Page 26)